IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE:<br>Robert William Cook, Jr,<br>    *Debtor* | Case No. 25-16093 |
| Freedom Mortgage Corporation,<br>    *Claimant*<br><br>vs.<br><br>Robert William Cook, Jr,<br>    *Debtor* | Chapter 13 |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW, Freedom Mortgage Corporation, (hereinafter "Claimant"), by and through counsel, files this Objection to Confirmation of Chapter 13 Plan pursuant to 11 U.S.C. § 1325, generally, and Fed. R. Bankr. Proc. Rule 3015(f), and in support, respectfully represents as follows:

1. Jurisdiction is based on 28 U.S.C. § 1334(e) and 11 U.S.C. § 1324(a).

2. On or about July 3, 2025, Robert William Cook, Jr (hereinafter "Debtor") filed a petition under Chapter 13 of the United States Bankruptcy Code.

3. Prior to the petition filing date, the Debtor executed a promissory note ("Note") in the principal amount of $85,858.00 at the original interest rate of 5.3750%. The obligations under the Note are secured by a Deed of Trust, encumbering real property owned by the Debtor, improved by a residence known as 17905 Laurel Run Rd Sw, Barton, MD 21521 (hereinafter "Property").

4. The Note was taken out on December 7, 2028 with a maturity date of January 1, 2049.

1

5. Claimant is a secured claimant with a 1st lien with respect to the subject Property.

6. Claimant intends to timely file a proof of claim indicating pre-petition arrears of approximately $16,158.20.

7. Debtor (pro se) filed a Chapter 13 Plan (Doc. No. 05) ("Plan"), dated July 3, 2025 originally listed Claimant in Part 3.1 section to be cured and then the debtor crossed out the cure and listed Claimant in Part 3.2 indicating that Debtor will Payoff Claimant during the pendency of the Bankruptcy Case. Debtor lists Claimant at $57,000 at 6% over 36 months.

8. Since this is the Debtor's principal residence and this is a 1st mortgage lien the debtor does not have the ability to cramdown claimant's lien. If the debtor wishes to pay off the lien in full then he must payoff the total debt (approximately $91,799.95) and must pay the interest rate on this amount as based on the note 5.375%.  The approximate payment needed over 36 months would be $2,766.81 or over 60 months the payment would be $1,748.20.

9. According to Debtor's Schedules he has negative $2,310.

10. Claimant objects to proposed chapter 13 Plan as the terms are not feasible.

11. Claimant objects to the proposed Plan and it fails to provide for a full cure of the pre-petition default on its secured claim.  11 U.S.C. § 1322(b)(5).

12. Claimant also objects to the extent that the Plan is underfunded.

13. Claimant objects to any leave to Amend or a continuance of the confirmation hearing since the debtor has negative income. The debtor does not have any ability to cure the arrears to Claimant so this case should be converted to a Chapter 7.

WHEREFORE, the Claimant and its assigns, pray that this Court:

1. Enter an order denying confirmation of the Chapter 13 Plan; or,

2. In the alternative, require the Debtor to file an amended Chapter 13 Plan in accordance with arrears stated herein within a reasonable period of time; and

3. Grant such other and further relief as may be just and necessary.

Respectfully Submitted,

Date: July 25, 2025

*/s/Andrew Spivack*
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Objection To Confirmation Of Chapter 13 Plan will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan, Chapter 13 Trustee

, Debtor Attorney

I hereby further certify that on the 25th day of July, 2025, a copy of the Objection To Confirmation Of Chapter 13 Plan was also mailed first class mail, postage prepaid to:

Robert William Cook, Jr
17905 Laurel Run Rd. SW
Barton, MD 21521

/s/Andrew Spivack
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com